**Dismissed and Memorandum Opinion filed October 11, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00576-CR

_____

**PIERRE RAMON WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1637802**

## MEMORANDUM OPINION

Appellant entered a guilty plea to the offense of robbery. *See* Tex. Penal Code § 29.02. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for three years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On September 6, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)